William B. Federman (admitted *Pro Hac Vice*)
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Tel: (405) 235-1560; Fax: (405) 239-2112

*Attorneys for Plaintiff and the Class*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA ROSARIO, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>        Plaintiff,<br>v.<br><br>PIH HEALTH, INC.,<br><br>        Defendant. | CASE NO. 2:21-cv-07221-JAK-PD<br><br>Judge: Hon. John A. Kronstadt<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR MOTION FOR CLASS CERTIFICATION BRIEFING AND EXTEND DATE OF HEARING ON MOTION FOR CLASS CERTIFICATION**<br><br>*[PROPOSED] ORDER SUBMITTED HEREWITH* |

Plaintiff Aurora Rosario ("Plaintiff") and Defendant PIH Health, Inc., a non-profit ("Defendant" or "PIH") (collectively, the "Parties"), through their respective counsel, hereby stipulate as follows:

## RECITALS

WHEREAS, this is a putative class action brought by the above-named Plaintiff against Defendant. From June 11, 2019 to June 18, 2019, cybercriminals, through a phishing event, infiltrated certain PIH email accounts. Some of those accounts included Personal Information. PIH publicly announced the Incident on or about January 10, 2020.

WHEREAS, the Parties are filing this stipulation to provide notice of their settlement.

WHEREAS, the Parties anticipate dismissal of this matter when and if the Court finally approves the settlement.

WHEREAS, on September 8, 2021 Plaintiff filed her Class Action Complaint in this matter against Defendant (*see* Declaration of William B. Federman, ¶3, attached hereto as **Exhibit 1** ("Federman Dec.")).

WHEREAS, the Parties attended an all-day mediation before mediator Bruce Friedman on May 6, 2022 and were able to come to an agreement on most terms for a settlement in principle. Federman Dec., ¶4.

WHEREAS, in the following weeks, the Parties continued negotiating a Settlement Agreement. Federman Dec., ¶5.

WHEREAS, the Parties fully executed the Settlement Agreement on July 11, 2022. Federman Dec., ¶6.

WHEREAS, the Parties are currently obtaining bids from potential claims administrators in order to seek approval to facilitate a nationwide class resolution. Federman Dec., ¶7.

WHEREAS, Plaintiff intends to file her Motion for Preliminary Approval on or before July 25, 2022, the current deadline by which Plaintiff must file her Motion for

Class Certification. Federman Dec., ¶8.

WHEREAS, pursuant to the Court Minutes entered on February 28, 2022 (ECF No. 21), the deadline to file Plaintiff's Motion for Class Certification is on or before July 25, 2022.

WHEREAS, pursuant to the Court Minutes entered on February 28, 2022 (ECF No. 21), the deadline to file Defendant's Opposition to Motion for Class Certification is on or before August 22, 2022.

WHEREAS, pursuant to the Court Minutes entered on February 28, 2022 (ECF No. 21), the deadline to file Plaintiff's Reply in support of her Motion for Class Certification is September 6, 2022.

WHEREAS, pursuant to the Court Minutes entered on February 28, 2022 (ECF No. 21), the hearing on the Motion for Class Certification is currently set for September 19, 2022 at 8:30 am.

WHEREAS, in lieu of the hearing on the Motion for Class Certification on September 19, 2022 at 8:30 am, the Parties propose that the hearing for Motion for Preliminary Approval be set for that date and time.

WHEREAS, in light of the fully executed Settlement Agreement and upcoming approval briefing that will be filed, the Parties stipulate to a sixty-day extension of the class certification briefing. Federman Dec., ¶9.

WHEREAS, the Parties have not sought any stays or extensions in this matter to date. Federman Dec., ¶10.

WHEREAS, the requested extensions are not being sought for any improper purpose and will not disrupt any deadline other than the ones at issue in this stipulation. To the contrary, the requested extensions will conserve the resources of the Parties and the Court. Federman Dec., ¶11.

## STIPULATION

IT IS HEREBY STIPULATED, by and between the Parties to these actions, through their respective attorneys of record, as follows:

| | |
|---|---|
| [September 23, 2022]<br><br>July 25, 2022 | Deadline to File Motion for Class Certification |
| [October 21, 2022]<br><br>August 22, 2022 | Deadline to file Opposition to Motion for Class Certification |
| [October 5, 2022]<br>September 6, 2022 | Deadline to file Reply in Support of Motion for Class Certification |
| [September 19, 2022]<br><br>To be determined | Hearing on Plaintiff's Motion for Preliminary Approval |
| [TO BE DETERMINED]<br>September 19, 2022 | Hearing on Motion for Class Certification |

**IT IS SO STIPULATED.**

Dated:  July 21, 2022                         **FEDERMAN & SHERWOOD**


                                       By:  */s/ William B. Federman*
                                            WILLIAM B. FEDERMAN
                                            *wbf@federmanlaw.com*

                                            Robert S. Green (SB# 136183)
                                            Emrah M. Sumer (SB# 329181)
                                            **GREEN & NOBLIN, P.C.**
                                            2200 Larkspur Landing Circle, Suite 101
                                            Larkspur, CA 94939
                                            T: (415) 477-6700
                                            F: (415) 477-6710
                                            Email: gnecf@classcounsel.com

|   |   |   |
|---|---|---|
| 1 |   | James Robert Noblin (SB# 114442) |
| 2 |   | **GREEN & NOBLIN, P.C.**<br>4500 East Pacific Coast Highway |
| 3 |   | Fourth Floor<br>Long Beach, CA 90804 |
| 4 |   | T: (562) 391-2487 |
| 5 |   | F: (415) 477-6710<br>Email: gnecf@classcounsel.com |
| 6 |   |   |
| 7 |   | *Attorneys for Plaintiff and the Putative Class* |

Dated: July 21, 2022

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By*:*  */s/Bryan M. Leifer*
JON P. KARDASSAKIS, SB# 90602
  E-Mail: Jon.Kardassakis@lewisbrisbois.com
BRYAN M. LEIFER, SB# 265837
  E-Mail: Bryan.Leifer@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant PIH Health, Inc.*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: July 21, 2022            By: */s/ William B. Federman*
                                                 WILLIAM B. FEDERMAN

                                                 *Attorney for Plaintiff*