William B. Federman (admitted *Pro Hac Vice*)
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Attorneys for Plaintiff and the Class*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA ROSARIO, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>    Plaintiff,<br>v.<br>PIH HEALTH, INC.<br>    Defendant. | CASE NO. 2:21-cv-07221-JAK-PD<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO DIRECT NOTICE TO THE CLASS**<br><br>Judge: John R. Kronstadt<br>Date:   September 19, 2022<br>Time:   8:30 am<br>Courtroom: 10B<br><br>[Filed concurrently with Memorandum, Declaration, and Proposed Preliminary Approval Order] |

PLEASE TAKE NOTICE that Plaintiff Aurora Rosario ("Plaintiff") through her undersigned counsel, will hereby move this Court to grant Plaintiff's Motion for Preliminary Approval of Class Action Settlement and to Direct Notice to the Class. The hearing on this matter will be held on September 19, 2022 or on a date selected by the Court, in the courtroom of the Honorable John A. Kronstadt, Courtroom 10B, of the United States District Court for the Central District of California, located in the First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012.

Plaintiff brings this unopposed Motion pursuant to Rule 23 of the Federal Rules of Civil Procedure and respectfully requests that the Court preliminarily approve the Parties' Settlement Agreement and enter an Order:

1. Certifying a Nationwide Class for settlement purposes only pursuant to Rules 23(a) and 23(b) of the Federal Rules of Civil Procedure;

2. Preliminarily approving the Settlement Agreement and Release, and all exhibits thereto;

3. Appointing Plaintiff and Class Representative for settlement purposes only, and appointing William B. Federman of Federman & Sherwood as Class Counsel;

4. Appointing KCC Class Action Services, LLC as Settlement Administrator to administer Notice and process claims;

5. Approving the Class Notice and related settlement administration documents, and authorizing the dissemination of Notice to the Class; and

6. Approving the proposed class settlement administration procedures and deadlines setting a date and approving procedures for a Final Approval Hearing and approving proposed procedures and deadlines for Settlement Class Members to file claims or objections to the proposed settlement or request exclusion from the Class.

Plaintiff's Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, proposed Class Counsel declaration and all

attachments and exhibits thereto including the Settlement Agreement with the attached proposed Notice and Claim Form, the Proposed Order, and all pleadings, records, and other papers filed in this action.

## CERTIFICATION OF COMPLIANCE WITH L.R. 7-3

Plaintiff's counsel certifies that prior to filing the instant motion, the parties, through their counsel of record, met and conferred pertaining to the subject matter of the instant motion. Defendant does not oppose this motion.

Dated: July 25, 2022

/s/William B. Federman
William B. Federman (admitted *Pro Hac Vice*)
wbf@federmanlaw.com
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
-and-
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Robert S. Green (SBN 136183)
Emrah M. Sumer (SBN 329181)
gnecf@classcounsel.com
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

James Robert Noblin (SBN 114442)

2

gnecf@classcounsel.com
**GREEN & NOBLIN, P.C.**
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Telephone: (562) 391-2487
Facsimile: (415) 477-6710

*Attorneys for Plaintiff and the putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Monday, July 25, 2022.

/s/*William B. Federman*
William B. Federman