UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA ROSARIO, individually and on behalf of all others similarly situated and on behalf of the general public.<br><br>Plaintiff,<br>v.<br><br>PIH HEALTH, INC.,<br><br>Defendant. | No. 2:21-cv-07221-JAK-PD<br><br>**ORDER RE NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND DEADLINES FOR MOTION FOR CLASS CERTIFICATION BRIEFING AND EXTEND DATE OF HEARING ON MOTION FOR CLASS CERTIFICATION (DKT. 28)** |

    Based on a review of the parties' Notice of Settlement and Stipulation to Extend Deadlines for Motion for Class Certification Briefing and Extend Date of Hearing on Motion for Class Certification (the "Stipulation" (Dkt. 28)) and Intervenor Ferdinand Rivera's Objection to Parties' Stipulation (Dkt. 28) to set a September 19, 2022 Hearing Date for Plaintiff's Preliminary Approval Motion (the "Objection" (Dkt. 30)), sufficient good cause has been shown for certain of the requested relief. Therefore, the Stipulation is **APPROVED IN PART**.

    The deadlines related to the proposed motion for class certification are terminated and shall be reset in the event that briefing related to class certification becomes appropriate later in the proceeding. The Motion for Preliminary Approval

(Dkt. 33) is continued from September 19, 2022, at 8:30 a.m., to November 14, 2022, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: August 15, 2022

_____
John A. Kronstadt
United States District Judge